IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RICKEY WHITE,                                  :
                                               :
                    Petitioner,                :
                                               :
VS.                                            :
                                               :          CIVIL No.  7:15-CV-3-HL
WARDEN ANITA TRAMMEL,                           :
                                               :      PROCEEDINGS UNDER 28 U.S.C § 2254
                    Respondent.                :

_____

## ORDER

Petitioner Rickey White filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  It appears from the face of the petition and from two previous § 2254 petitions filed in this court that Petitioner is challenging a first degree murder conviction by an Oklahoma State court and not in a state court of Georgia.[1]  Petitioner is requesting that this court take jurisdiction over his petition.[2]

Federal district courts have jurisdiction to entertain petitions for habeas relief only from persons who are "in custody in violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a).  "District courts are limited to granting habeas relief 'within their respective jurisdictions.'" *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) (quoting 28 U.S.C. § 2241(a)).  The court issuing the writ must have jurisdiction over the custodian of the prisoner. *Id.* (*quoting Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 495 (1973)).

_____

[1] *White v. Workman,* 4:09-cv-45 (May 1, 2009) and *White v. Workman*, 4:09-cv-94 (Aug. 10, 2009).

[2] A search of the Public Access to Court Electronic Records (PACER) reveals that Petitioner has filed twenty-seven different petitions in thirteen different jurisdictions since 1995. *See* https://pcl.uscourts.gov/view?sort=cs_date_filed&rid=cJ8RggOHMPG5HRzNU2ndE00HSkdaBC6Z7Ty3B8zH&page=1&role=pet

Petitioner White's return address is for the Oklahoma State Penitentiary in McAlester, Oklahoma.  As already noted, White acknowledges that his conviction was obtained in the state of Oklahoma.  The jurisdiction of this federal court does not generally extend to Oklahoma where the Warden at the Oklahoma State Penitentiary, White's custodian, is located.  It is therefore ordered that this petition be **DISMISSED**.

SO ORDERED this 22nd day of January, 2015.


*s/ Hugh Lawson*_____
HUGH LAWSON, SENIOR JUDGE


lws